UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61062-CIV-UNGARO-BENAGES/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAXWELL B. WALZER,

    Defendant.
_____/

### ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution & Interrogatories in Aid of Execution (DE#13, 11/21/06). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED, that the defendant shall file a response to the Plaintiff's Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution & Interrogatories in Aid of Execution (DE#13, 11/21/06) on or before January 4, 2007. The failure to file a response may result in an order granting the Plaintiff's Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution & Interrogatories in Aid of Execution (DE#13, 11/21/06) in its entirety.

DONE and ORDERED, in Chambers, in Miami, Florida, this 19th day of December, 2006.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Ungaro-Benages

All counsel and Pro Se Parties of record

Sent by Chambers to:
Maxwell B. Walzer
572 NW 47th Street
Ft. Lauderdale, FL 33309