UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61062-CIV-UNGARO-BENAGES/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAXWELL B. WALZER,

    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution & Interrogatories in Aid of Execution (DE#13, 11/21/06). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendant, and a response having been due, in an Order dated December 19, 2006, (DE # 15) the undersigned ordered the defendant to file a response to the Plaintiff's Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution & Interrogatories in Aid of Execution (DE#13, 11/21/06) on or before January 4, 2007. The defendant was cautioned in the December 19, 2006, Order that failure of the defendant to file a response to the Plaintiff's Motion to Compel Response to Plaintiff's First Request for Production in Aid

of Execution & Interrogatories in Aid of Execution (DE#13, 11/21/06) may result in an order that the Plaintiff's Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution & Interrogatories in Aid of Execution (DE#13, 11/21/06) be granted in its entirety.  The December 19, 2006, Order was sent directly from Chambers to the defendant.  Accordingly, it is

ORDERED AND ADJUDGED that the Plaintiff's Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution & Interrogatories in Aid of Execution (DE#13, 11/21/06) is GRANTED.  The defendant shall respond to the outstanding discovery on or before January 23, 2007.  The failure to respond as required by this Order may result in sanctions and an Order of Contempt.

DONE and ORDERED, in Chambers, in Miami, Florida, this 9th day of January, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Ungaro-Benages
All counsel and Pro Se Parties of record

Sent by Chambers to:
Maxwell B. Walzer
572 NW 47th Street
Ft. Lauderdale, FL 33309